IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LIVIU STEFAN, | 3:12-CV-02370-SU |
| Petitioner, | ORDER |
| v. | |
| PAULA ALLEN, Superintendent, C.R.C.I., | |
| Respondent. | |

BROWN, Judge.

Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#27) on March 18, 2014, in which she recommends this Court deny Petitioner Liviu Stefan's Petition (#1) for Writ of Habeas Corpus, dismiss this matter with prejudice, and deny a certificate of appealability. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). See also *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#27). Accordingly, the Court **DENIES** the Petition (#1) for Writ of Habeas Corpus, **DISMISSES** this matter **with prejudice**, and **DENIES** a certificate of appealability.

IT IS SO ORDERED.

DATED this 21st day of April, 2014.

_____
ANNA J. BROWN
United States District Judge